### (May 10, 1978)

■ ADIRONDACK PARK AGENCY, Appellant, et al., Plaintiffs, v TON-DA-LAY ASSOCIATES et al., Respondents.—Motion for permission to appeal to the Court of Appeals denied, without costs, as premature. Respondents have filed a notice of appeal as of right and no order has been entered by the Court of Appeals dismissing that appeal (see *Matter of Stern Bros. v Livingston,* 3 AD2d 990). Mahoney, P. J., Greenblott, Sweeney, Kane and Larkin, JJ., concur.

■ RICHARD P. LUCAS, Petitioner, v ROBERT FLYNN, as Sheriff of Sullivan County, Respondent.—Motion for stay pending appeal and for other relief denied, without costs. We do not pass on the merits of appellant's contentions raised in the habeas corpus proceeding. *(People ex rel. McDonald v Warden, N. Y. City House of Detention for Men, Rikers Is.,* 34 NY2d 554.) Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Larkin, JJ., concur.